427 A.2d 252

Commonwealth v. Tedford, Appellant.

Submitted November 16, 1979. Paul Bogdon, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The order of the lower court is hereby affirmed.